UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**Sacramento**

| | |
|---|---|
| MALIBU MEDIA, LLC, | Case Number: 2:16-cv-01728-JAM-KJN |
| Plaintiff, | **ORDER ON PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DEFENDANT WITH A SUMMONS AND COMPLAINT** |
| vs. | |
| JOHN DOE subscriber assigned IP address 73.48.171.116, | |
| Defendant. | |

THIS CAUSE came before the Court upon Plaintiff's First Motion for Extension of Time Within Which it Has to Serve Defendant with a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:   Plaintiff's Motion is granted. Plaintiff shall have until March 5, 2017 to effectuate service of a summons and complaint on Defendant.

SO ORDERED this 20th day of October, 2016

/s/ John A. Mendez
**UNITED STATES DISTRICT COURT JUDGE**